IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IKE AMERICA, LLC | : | |
|      Petitioner, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| KREDIT KARTE, INC., | : | No. 10-3153 |
|      Respondent. | : | |

**ORDER**

**AND NOW**, this **1ˢᵗ** day of **September 2010,** upon consideration of IKE's Petition to Confirm the Arbitration Award, Kredit Karte's Response in Opposition thereto, Kredit Karte's Petition to Vacate the Arbitration Award, IKE's response thereto, IKE's Motion to Dismiss the Petition to Vacate, following oral argument held on August 25, 2010, and for the reasons stated in the Court's September 1, 2010 memorandum, it is hereby **ORDERED** that:

1. IKE's Petition to Confirm the Arbitration Award (Document No. 1) is **GRANTED.**

2. Kredit Karte's Petition to Vacate the Arbitration Award is **DENIED.**

3. IKE's Motion to Dismiss the Petition to Vacate the Arbitration Award (Document No. 7) is **DENIED as moot.**

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.